IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS JAMAL DAVIS,                    No. 2:16-CV-1895-CMK-P

      Petitioner,

  vs.                                                          ORDER

SUZANNE M. PEERY,

      Respondent.

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 16) to file a traverse.  Good cause appearing therefor, the request is granted.  Petitioner may file a traverse within 30 days of the date of this order.

        IT IS SO ORDERED.

DATED: February 3, 2017

                                                                            **CRAIG M. KELLISON**
                                                                            UNITED STATES MAGISTRATE JUDGE