IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS JAMAL DAVIS, | No. 2:16-CV-1895-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SUZANNE M. PEERY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's second motion for an extension of time (Doc. 18) to file a traverse. Good cause appearing therefor, the request is granted. Petitioner may file a traverse within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: June 5, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1